# PETITION: SMALL CLAIMS CASE

COPY

CASE NO. (court use only): 20SCC004

In the Justice Court, Precinct 4, 1 Cass County, Texas

PLAINTIFF: Danielle Bloodworth

VS.

DEFENDANT(S): Laura Fitzgerald
Defendant(s) address: work address: 101 E. Miller Atlanta, Tx 75551 Atlanta Post office

COMPLAINT: The basis for the claim which entitles the plaintiff to seek relief against the defendant is:

See Attached

RELIEF: Plaintiff seeks damages in the amount of $ 1,946.00, and/or return of personal property as described as follows (be specific): _____, which has a value of $_____.
Additionally, plaintiff seeks the following: _____
Phone number 318-478-0764

SERVICE OF CITATION: Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:

☑ If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address: danielle.bloodworth@yahoo.com

Danielle Bloodworth
Petitioner's Printed Name

Danielle Bloodworth
Signature of Plaintiff or Attorney

1003 Shadywood Ln
Address of Plaintiff's Attorney, if any, or Plaintiff if none

DEFENDANT(S) INFORMATION (if known):
DATE OF BIRTH: _____

Atlanta     TX     75551
City        State  Zip

LAST 3 NUMBERS OF DRIVER LICENSE: _____
LAST 3 NUMBERS OF SOCIAL SECURITY: _____

430-342-7339
Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none

DEFENDANT'S PHONE NUMBER: 318-478-0764

Small Claim Petition. 7/2013

On July 6, 2020, my AKC Registered Bloodhound Hazel was hit by our mail carrier Laura Fitzgerald while she was delivering mail in the Shadywood Ln. Crestview Dr. area. She drives an older model Nissan Altima 4-dr white in color passenger car. The passenger car bears TX tags NGL 7625, and the passenger car sits extremely low to the ground. She has also been seen delivering the mail wearing earbuds.

The mail in my neighborhood is usually delivered between 10:30/11:00 am. On the 6th as she was delivering the mail it is unclear where she hit my dog because when I filed my report with the Atlanta Post Office, the Post Master Barbie Weems first said it was at Lori and Shadywood Ln. When I advised her those two roads did not intersect, she said Crestview.

We have a fenced in yard and our dogs are kept in the fenced in yard. On the 6th they rolled the chain link on the gate and got out. According to Ms. Fitzgerald all three dogs were chasing her vehicle. She said at first to the Postmaster she did not know she had hit Hazel, but she thought she might have. She then stated to the Postmaster that she looked behind her and saw two dogs, so she thought the one she hit was ok.

After completing her delivery on Shadywood Ln. She turned right onto Crestview Dr. and continued to deliver mail on Crestview Dr. N. approximately .2 miles where she would come to a stop sign and make a left-hand turn onto FM 785/ Lindsey Ln. The posted speed limit is 50 mph on FM 785 / Lindsey Ln. I do not know if she delivers mail on the road. She would have drove approximately .3 miles before she reached a traffic signal and the making a left-hand turn onto Holly St. Once on Holly St. she would have traveled .5 miles to Timber Ridge where she would have made a right had turn. The posted speed limit is 45 mph.

It is on Timber Ridge that she finally called the Atlanta Police Depart and for Animal Control to come that she had hit a dog and it is penned under her vehicle. Animal Control responded to Timber Ridge and attempted to retrieve Hazel from under her vehicle. Animal Control was not able to remove Hazel, so they had to jack up Ms. Fitzgerald's vehicle in order to get Hazel from underneath her vehicle.

When I had talked to the Postmaster in reference to my complaint, I asked Ms. Weems why Ms. Fitzgerald dragged my dog the 1mile to Timber Ridge. Ms. Weems said, "Ma'am she did not drag your dog to Timber Ridge it all happened on Shadywood Ln". To which I replied, "No ma'am she dragged my dog a mile to Timber Ridge where she then reported it to the Police Dept. and requested Animal Control." The Postmaster then stated that she was not aware of that and that she would get with the driver and talk to her and get back to me. I never heard from her again. I later made a formal complaint to the Post Office through email so I could have a response in *writing. Their* response was how they were sorry and appropriate action had been taken to prevent further recurrences of this irregularity. Basically, the email did nothing for me except make me more upset. I really do not need to hear how sad and disappointing the loss of my pet is to them. I wanted answers as to why she did not know that she ran over Hazel. She looked back as saw two dogs and yet she knew there were three dogs. I understand accidents happen and had she called then I could have understood, but when she continued on her mail route with a 68 lb. Bloodhound penned under her car with Hazel screaming because she was still ALIVE I can not understand that. How does she drive 1 mile, dragging a 68 lb. Bloodhound underneath her car and not feel it? Hazel was right under her; I do not understand. After a mile what finally clued her in that Hazel was under her vehicle? I feel like she knew she hit Hazel and tried to shake her out from under her car and after she would not come loose, she finally called the

Police Department to get her loose. It stopped being an accident at Shadywood Ln. and Crestview and started to become animal cruelty and neglect when she dragged her the mile to Timber Ridge. If she could not feel a 68 lb. animal would she be able to feel a 30 lb. child? She had plenty of opportunities to report the accident before Hazel died but she did nothing. Instead she tortured her until there was nothing left to do but euthanize her. Her leg was severed, and her skin was worn to the muscle.

Hazel was 9 months old when we got her, she had one previous owner before other than the breeder. When we got Hazel, we joined the Cass County Bring 'EM Home Search and Rescue Team. She was still in training and loved the hard work. She was very affectionate and loving. We were waiting for her 2nd birthday so we could breed her. Although we only had her a little over a year, she brought a lifetime of love and companionship.