**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| DANIELLE BLOODWORTH, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case No. 2:20-cv-00304-JRG-RSP |
| § | |
| UNITED STATES OF AMERICA, § | |
| § | |
| *Defendant.* § | |

**ORDER**

Defendant United States of America previously filed a Motion to Dismiss (Dkt. No. 5.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 7), recommending grant of United States of America's Motion to Dismiss. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion to Dismiss (Dkt. No. 5) is **GRANTED**. It is further **ORDERED** that the above-captioned matter is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction, lack of personal jurisdiction, and insufficient service of process.

**So ORDERED and SIGNED this 7th day of January, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE